# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No. 3:20-mj- |
| v. | ) |
| | ) *UNDER SEAL* |
| JEFFREY DONALD BLACK | ) |
| | ) |

## ORDER SEALING COMPLAINT APPLICATION, AFFIDAVIT, ARREST WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint Application, Affidavit, Arrest Warrant, this Motion, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint Application, Affidavit, Arrest Warrant, this Motion, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

SO ORDERED this 24th day of November 2020.

David C. Keesler
United States Magistrate Judge